

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Aronda Brookins : CIVIL ACTION
v. :
Red Clay School District : NO. 07 3374

### MOTION TO PROCEED IN FORMA PAUPERIS

I was terminated of my employment at Red Clay March 10, 2006. Since I lost my job, I have financially struggled. Even though I am still in search of full time employment with medical benefits, my search has been unsuccessful and I have to pay for my blood pressure medicine on a monthly basis. Also, I am raising my niece. I am working as much as I possibly can. I have no choice but to ask the court to consider waving the fee. Thanking you in advance for your consideration.
I earn about $370.00 per week and support a family of two.

Aronda Brookins
Signature

108 Chestnut Avenue #2
Wilmington De 19805
Address

Aronda Brookins
Print your name

## STATEMENT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Aronda Brookins
Full name of Plaintiff

v.

Red Clay Consolidated School District
Defendant(s)

Civil Action No. _____

I, Aronda Brookins, declare under the penalty of perjury, that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1.) Are you presently employed?   Yes ☑   No ☐
   a.) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. I make $9.00 per hour - $360.00 per week before taxes. I work for Sleep Inn Hotel located at 630 South College Ave Newark, De 19713
   b.) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. _____

2.) Have you received within the past twelve months any money from any of the following sources?
   a.) Business, profession, or form of self-employment?   Yes ☐   No ☑
   b.) Rent payments, interest, or dividends?   Yes ☐   No ☑
   c.) Pensions, annuities, or life insurance payments?   Yes ☐   No ☑
   d.) Gifts or inheritances?   Yes ☐   No ☑
   e.) Any other sources?   Yes ☑   No ☐
   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. Prior to being employed at Sleep Inn Hotel I worked a couple of part time jobs making $8.00 per hour on one and $9.25 per hour on the other. I am only employed at the Sleep Inn Hotel now.

3.) Do you own cash, or do you have money in a checking or savings account?   Yes ☑   No ☐
   If the answer is "yes", state the total value of the items owned. I have a checking account and I presently have Twenty-eight dollars

4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☐   No ☑
   If the answer is "yes", describe the property and state is approximate value. _____

5.) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. Zenobia Guy - She is my Niece. I supply her food - Bus Fare, a place to live and money for personal items and clothes when affordable. Since I lost my Job I am not able to care for her the way I use to

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED ON 8-11-07
           (Date)

Aronda Brookins
(Plaintiff's Signature)