

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

*Aronda D. Brookins*
Petitioner/Plaintiff

v.

*Red Clay Consolidated School District*
Defendant(s)

Civil Action No. **07 - 3374** _____

F I L E D

_____ _____

_____ Z, Cle__

## REQUEST FOR APPOINTMENT OF ATTORNEY

I, *Aronda Brookins* ____, Petitioner/Plaintiff, request appointment of counsel as provided by 42 U.S.C. §2000(e)5.

1.) I have made a diligent effort to employ an attorney [check appropriate box(es)]:

☑ **CONTACTED PRIVATE ATTORNEY(S)**
*(List all attorney(s) contacted and state why each is not representing you.)*

Perry Goldhust (Union Attorney) Refused to represent me. Thomas Newberger - Too many Cases and not enough time. Thomas Ferry - Paralegal said IT was a Conflict Barbara Stratton - Conflict. Also, the attorneys mentioned above informed me I would have to pay a Consultation Fee of between $250.00 - $350.00 and I just cannot afford that amount of money.

☑ **CONTACTED A LEGAL AID ORGANIZATION**
*(State when this organization was contacted and why it did not assist you.)*

Philadelphia Legal Aid Society - contacted on June 7, 07 Also Contacted Several times after that - never t Returned Call

Volunteer V. I. P. Program - Began Contacting on or around June 28th - was informed they Could not represent me due to Great need of Assistance To People in need of Attorney Representation

☐  **CONTACTED BAR ASSOCIATION LAWYER REFERRAL SERVICE,**
if available.  (*State what assistance was provided.*)

_____

_____

_____

_____

2.)  If unable to pay attorney's fees or costs - I am financially unable to hire counsel
(Complete and file Form 2 - <u>In Forma Pauperis</u> Petition)

3.)  I believe I have a claim against the following employer (Give name and address):

Red Clay Consolidated School District
4550 New Linden Hill Road
Wilmington, Delaware 19808

_____

4.)  The reason(s) for my claim are (Give brief employment history with dates and
specific reasons for lawsuit):

I was first employed with Red Clay from 1995-1999
I Resigned after the death of my mother and husband.
Later I returned to Red Clay and was rehired
September of 2005. I was terminated March
10th, 2006. I feel that after an excellent
evaluation and successful completion of my
90 day probationary period, I am certain the
fact they terminated me is an injustice

I certify under the penalty of perjury that the foregoing statements are true and correct.

_Rhonda Brookins_
**Signature**

8-11-07
**Date**