IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARONDA D. BROOKINS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 07-3374 |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT | | |
| | : | |

## ORDER

AND NOW, this 4th day of ~~August~~ Sept., 2007, upon Motion and Statements in support of Request to Proceed In Forma Pauperis, it appearing to the Court that ARONDA D. BROOKINS is unable to pre-pay the filings fees and costs, it is **ORDERED** that:

1. Plaintiff is **GRANTED** leave to proceed in forma pauperis.

2. The complaint is to be filed and summons are to be issued.

3. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and complaint upon the defendant at no cost to the plaintiff

_____
MARVIN KATZ, J.

IFP/SSI ORDER