

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

__Aronda D. Brookins__
Plaintiff

CA 07- 3374

v.

__Red Clay Consolidated School District__
Defendant

### COMPLAINT

1.) Fill in you address (street, city or town, state, and zip code):

   108 Chestnut Avenue
   Apt. # 2
   Wilmington, Delaware 19805

2.) Defendant's address is (street, city or town, state, and zip code):

   4550 New Linden Hill Road
   Wilmington, Delaware 19808

3.) Statement of Claim:
   Fill in the facts of your case, and state why you are filing this lawsuit. Give names, dates, and places as best you can.

   I was employed with Red Clay beginning September, 2005. I was terminated March 10, 2006 and their reason was my criminal background. They recieved my criminal background back in October of 05 date stamped into the Human Resources office. The fact that Ms Debra Davenport (H.R. Director) waited almost seven months to terminate me. The fact I had an excellent evaluation following their 90 day Probationary Period. A most important factor is that I was first employed with Red Clay in the year of 1995 and resigned in good standing in 1999 after the death of my mother & husband six months apart. I was 're-hired' by Red Clay September of 2005 with the same criminal background that is 17 years old

4.) Fill in what you are requesting in this case:

I am requesting my position back into Red Clay and any wages owed to me since I left and/or whatever the court feels would be owed to me if any should they rule in my favor.

5.) If you filed charges with the Equal Employment Opportunity Commission or with the Pennsylvania Human Relations Commission, please attach a copy of the Notice-of-Right-to-Sue letter. Copy is attached

6.) If there is a right to a jury trial in your type of case, do you want one?
Yes ____  No ✓

_____
(Your Signature)

I declare under penalty of perjury that the information filled in is true and correct.

August 11, 2007
(Date)

_____
(Your Signature)