IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARONDA D. BROOKINS,<br>  Plaintiff,<br><br>        v.<br><br>RED CLAY CONSOLIDATED<br>SCHOOL DISTRICT,<br>  Defendant. | CIVIL ACTION<br>No. 07-3374 |
|---|---|

**O R D E R**

**AND NOW**, this 5th day of September, 2007, upon consideration of Plaintiff's Request for Appointment of Attorney (Document No. 2), it is hereby **ORDERED** that said request is **DENIED**. See the court's Order of September 4, 2007.

BY THE COURT:

/s/ Marvin Katz
_____
**MARVIN KATZ, S.J.**