## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARONDA D. BROOKINS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 07-3374 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT, | ) ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of John D. Balaguer, Esquire on behalf of defendant, Red Clay Consolidated School District.

        **WHITE and WILLIAMS LLP**

          /s/ John D. Balaguer
        JOHN D. BALAGUER (PA Bar #45108)
        824 North Market Street, Suite 902
        P.O. Box 709
        Wilmington, DE 19899-0709
        (302) 467-4501
        *Attorney for Defendant, Red Clay Consolidated School District*

Dated: November 12, 2007

-2-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARONDA D. BROOKINS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 07-3374 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, John D. Balaguer, Esquire do hereby certify that on this 12th day of November, 2007, the foregoing **ENTRY OF APPEARANCE** was served upon the following via CM/ECF and regular U.S. First Class Mail, postage prepaid:

>Aronda D. Brookins
>108 Chestnut Avenue
>#2
>Wilmington, DE 19805

**WHITE and WILLIAMS LLP**

  /s/ John D. Balaguer
JOHN D. BALAGUER (PA Bar #45108)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501
*Attorney for Defendant, Red Clay Consolidated School District*