**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARONDA D. BROOKINS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 07-3374 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Dana Spring Monzo, Esquire on behalf of defendant, Red Clay Consolidated School District.

**WHITE and WILLIAMS LLP**

   /s/ Dana Spring Monzo
JOHN D. BALAGUER (PA Bar # 45108)
DANA SPRING MONZO (PA Bar #200867)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4526
*Attorneys for Defendant, Red Clay Consolidated School District*

Dated: December 6, 2007

PHLDMS1 3786810v.1

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARONDA D. BROOKINS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 07-3374 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Dana Spring Monzo, Esquire do hereby certify that on this 6th day of December, 2007, the foregoing **ENTRY OF APPEARANCE** was served upon the following via CM/ECF and regular U.S. First Class Mail, postage prepaid:

>Aronda D. Brookins
>108 Chestnut Avenue
>#2
>Wilmington, DE 19805

**WHITE and WILLIAMS  LLP**

  /s/  Dana Spring Monzo
JOHN D. BALAGUER (PA Bar #45108)
DANA SPRING MONZO (PA Bar #200867)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 467-4526
*Attorneys for Defendant, Red Clay Consolidated School District*