# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:07−cv−03374−MK

BROOKINS v. RED CLAY CONSOLIDATED SCHOOL DISTRICT
Assigned to: HONORABLE MARVIN KATZ
Cause: 42:2003 Job Discrimination

Date Filed: 09/04/2007
Date Terminated: 12/06/2007
Jury Demand: Defendant
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**ARONDA D. BROOKINS**　　　　represented by　**ARONDA D. BROOKINS**
108 CHESTNUT AVE., APT. #2
WILMINGTON, DE 19805
*PRO SE*

V.

**Defendant**

**RED CLAY CONSOLIDATED SCHOOL DISTRICT**　　　represented by　**JOHN D. BALAGUER**
WHITE &WILLIAMS LLP
824 NORTH MARKET ST.
SUITE 902
P.O. BOX 709
WILMINGTON, DE 19899−0709
302−467−4501
Email: balaguerj@whiteandwilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANA SPRING MONZO**
WHITE &WILLIAMS LLP
824 N. MARKET ST., SUITE 902
WILMINGTON, DE 19899
302−467−4526
Email: monzod@whiteandwilliams.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2007 | "1 | MOTION for Leave to Proceed in forma pauperis filed by ARONDA D. BROOKINS,STATEMENT IN SUPPORT.(tj, ) (Entered: 08/15/2007) |
| 09/04/2007 | "2 | Request for Appointment of Attorney by ARONDA D. BROOKINS, Pro se. (ac, ) (Entered: 09/04/2007) |
| 09/04/2007 | "3 | ORDER THAT PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL IS DENIED. SIGNED BY JUDGE MARVIN KATZ ON 09/04/07. 09/04/07 ENTERED AND COPIES MAILED.(ac, ) (Entered: 09/04/2007) |

| | | |
|---|---|---|
| 09/04/2007 | "4 | ORDER THAT PLAINTIFF IS GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS. THE COMPLAINT IS TO BE FILED AND SUMMONS ARE TO BE ISSUED. THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA SHALL SERVE THE SUMMONS AND COMPLAINT UPON THE DEFENDANT AT NO COST TO THE PLAINTIFF. SIGNED BY JUDGE MARVIN KATZ ON 09/04/07.09/04/07 ENTERED AND COPIES MAILED.(ac, ) (Entered: 09/04/2007) |
| 09/04/2007 | "5 | COMPLAINT AGAINST RED CLAY CONSOLIDATED SCHOOL DISTRICT FILED BY ARONDA D. BROOKINS, PRO SE.(ac, ) (Entered: 09/04/2007) |
| 09/04/2007 | " | 1 Original Summons Issued as to RED CLAY CONSOLIDATED SCHOOL DISTRICT. Forwarded To: U.S. Marshal on 09/04/07. (ac, ) (Entered: 09/04/2007) |
| 09/05/2007 | "6 | ORDER THAT PLAINTIFF'S REQUEST FOR APPOINTMENT OF ATTORNEY IS DENIED. SIGNED BY JUDGE MARVIN KATZ ON 09/05/07. 09/05/07 ENTERED AND COPIES MAILED.(ac, ) (Entered: 09/05/2007) |
| 11/02/2007 | "7 | SUMMONS Returned Executed by U.S. Marshal, re: served Summons and Complaint upon RED CLAY CONSOLIDATED SCHOOL DISTRICT on 10/24/2007, answer due 11/13/2007. (kw, ) (Entered: 11/05/2007) |
| 11/12/2007 | "8 | NOTICE of Appearance by JOHN D. BALAGUER on behalf of RED CLAY CONSOLIDATED SCHOOL DISTRICT with Jury Demand and/or Certificate of Service(BALAGUER, JOHN) (Entered: 11/12/2007) |
| 11/12/2007 | "9 | MOTION to Dismiss for Lack of Jurisdiction filed by RED CLAY CONSOLIDATED SCHOOL DISTRICT.Certificate of Service.(BALAGUER, JOHN) (Entered: 11/12/2007) |
| 12/06/2007 | "10 | NOTICE of Appearance by DANA SPRING MONZO on behalf of RED CLAY CONSOLIDATED SCHOOL DISTRICT with Certificate of Service(MONZO, DANA) (Entered: 12/06/2007) |
| 12/06/2007 | "11 | ORDER THAT THE ATTACHED PLAINTIFFS RESPONSE AND DISAGREEMENT TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE RECEIVED DECEMBER 5, 2007 SHALL BE FILED BY THE CLERK. SIGNED BY HONORABLE MARVIN KATZ ON 12/06/07. (Attachments: # 1 Attachment) 12/07/07 ENTERED AND COPIES MAILED AND E−MAILED. (ac, ) (Entered: 12/07/2007) |
| 12/06/2007 | "12 | Plaintiff's Response and Disagreement to Defendant's Motion to Dismiss for Improper Venue filed by ARONDA D. BROOKINS, Certificate of Service. (ac, ) (Entered: 12/07/2007) |
| 12/06/2007 | "13 | MEMORANDUM AND ORDER THAT DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE IS DENIED; BUT THIS CASE IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE. SIGNED BY HONORABLE MARVIN KATZ ON 12/06/07.12/07/07 ENTERED AND COPIES MAILED AND E−MAILED.(ac, ) (FILED IN ERROR) (Entered: 12/07/2007) |
| 12/06/2007 | "14 | MEMORANDUM AND ORDER THAT DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE IS DENIED; BUT THIS CASE IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE. SIGNED BY HONORABLE MARVIN KATZ ON 12/06/07.12/07/07 ENTERED AND COPIES MAILED AND E−MAILED.(ac, ) (Entered: 12/07/2007) |