EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 530-2007-01113 |

| Delaware Department of Labor | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**Ms. Aronda D. Brookins** | Home Phone *(Incl. Area Code)*<br>**(302) 995-1227** | Date of Birth |
|---|---|---|

| Street Address<br>**108 Chestnut Avenue, Apt. 2, Wilmington, DE 19805** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**RED CLAY CONSOLIDATED SCHOOL DIST.** | No. Employees, Members<br>**500 or More** | Phone No. *(Include Area Code)*<br>**(302) 636-8772** |
|---|---|---|

| Street Address<br>**2916 Duncan Road,  Wilmington, DE 19808** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)* | Earliest **03-10-2006**  Latest **03-10-2006**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I believe I have been subjected to unlawful discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended. I am a Black Female. I was employed with Respondent as a secretary. I left Respondent after being employed for five years and was re-hired September 19, 2005.

Upon being re-hired a background investigation was conducted and returned to Respondent on or about October 2005. My employment continued until I complained about what I felt was among other things an unfair distribution of work and work assignments. Respondent advised me that I was being terminated because of a criminal conviction from approximately 17 years ago.  The information contained in the background investigation was not entirely accurate and a corrected version was presented to Respondent.  The information contained in my background investigation Respondent failed to reinstate my employment based upon the updated information which I provided. In addition, the criminal conviction is beyond ten years and is not directly related to the job. Further, upon information and belief, Mike Teal (w/m) has a criminal conviction as well as a white female secretary.  The decision to terminate was made by Deborah Davenport.

I alleged that Respondent took the action because of my race and in retaliation for my complaining about inequitable distribution of work and type of work assignment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Jan 11, 2007**<br>Date          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 530-2007-01113 |

| Delaware Department of Labor | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Aronda D. Brookins** | Home Phone (Incl. Area Code)<br>**(302) 995-1227** | Date of Birth |
|---|---|---|

| Street Address<br>**108 Chestnut Avenue, Apt. 2, Wilmington, DE 19805** | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**RED CLAY CONSOLIDATED SCHOOL DIST.** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(302) 636-8772** |
|---|---|---|

| Street Address<br>**2916 Duncan Road,  Wilmington, DE 19808** | City, State and ZIP Code |
|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.) | Earliest **03-10-2006**   Latest **03-10-2006**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I believe I have been subjected to unlawful discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended. I am a Black Female. I was employed with Respondent as a secretary. I left Respondent after being employed for five years and was re-hired September 19, 2005.

Upon being re-hired a background investigation was conducted and returned to Respondent on or about October 2005. My employment continued until I complained about what I felt was among other things an unfair distribution of work and work assignments. Respondent advised me that I was being terminated because of a criminal conviction from approximately 17 years ago.  The information contained in the background investigation was not entirely accurate and a corrected version was presented to Respondent.  The information contained in my background investigation Respondent failed to reinstate my employment based upon the updated information which I provided. In addition, the criminal conviction is beyond ten years and is not directly related to the job. Further, upon information and belief, Mike Teal (w/m) has a criminal conviction as well as a white female secretary.  The decision to terminate was made by Deborah Davenport.

I alleged that Respondent took the action because of my race and in retaliation for my complaining about inequitable distribution of work and type of work assignment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Jan 11, 2007**<br>Date   *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |