March 3, 2008

U. S. District Court
844 N. King Street
Local Box 18
Wilmington, DE 19801
Attn: Honorable Judge J. Sleet

Honorable Judge J. Sleet,

I, Aronda D. Brookins, (Plaintiff – pro-se) would like to request a continuance of my case against the Red Clay Consolidated School District - C.A. No. 08-cv-11 GMS.

I have received documentation from the defendants attorneys dated February 25, 2008 requesting a dismissal of my case.

I am requesting a continuance in order to gain further knowledge of the information received and to also clarify that this case is not a discriminatory case it is in fact a case of retaliation.

Since I am representing myself in this matter, in order to detail instances, dates and other pertinent information necessary to this case, I would in fact need more time to better prepare the necessary information required of me in order to proceed.

Your Honor, I asked that you please grant me this continuance in regards to the information provided above.

Favorably,

Aronda D. Brookins

Cc:  White and Williams
     John D. Balaguer
     Dana Spring Monzo

/ab



FILED
MAR 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

C.A. No. 08-cv-11 GMS

ARONDA D. BROOKINS
    (Plaintiff)

v.

Red Clay Consolidated School District
    (Defendant)

## CERTIFICATE OF SERVICE

I, Aronda D. Brookins, Pro se do hereby certify that on this 3rd day of March, two copies of my Request of a Continuance letter to Defendant's Motion to Dismiss for Failure to State a Claim are mailed U.S. First Class Mail, postage prepaid to the Honorable Judge J. Sleet and the defendant's attorneys John D. Balaguer and Dana Spring Monzo.

Aronda D. Brookins
108 Chestnut Ave., Apt. 2
Wilmington, DE  19805