# White and Williams LLP

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

*Dana Spring Monzo*
*Direct Dial: 302.467.4526*
*Direct Fax: 302.467.4546*
*monzod@whiteandwilliams.com*

March 20, 2008

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, Delaware   19801

      **RE: Aronda D. Brookins v. Red Clay Consolidated School District**
           **C.A. No. 08-cv-11 GMS**
           **W & W File No. 16869-D0152**

Dear Judge Sleet:

    Defendant Red Clay Consolidated School District "Red Clay" opposes plaintiff Aronda D. Brookins' March 3, 2008, request for a continuance of the above mentioned case.

    Defendant Red Clay filed a Motion to Dismiss, D.I. 17, on January 29, 2008. On February 13, 2008, plaintiff filed a Response, D.I. 18, to Red Clay's Motion to Dismiss. On February 25, 2008, defendant Red Clay filed a Reply in support of its Motion to Dismiss, D.I. 19. As the Motion to Dismiss has been fully briefed and a decision is still pending, it is defendant Red Clay's position that a continuance is not appropriate at this time.

    Please do not hesitate to contact me with any questions or concerns.

                                      Respectfully submitted,

                                      WHITE AND WILLIAMS LLP

                          By: *Dana Spring Monzo*
                              Dana Spring Monzo

DSM:by
cc:    Aronda D. Brookins
        John D. Balaguer, Esquire